**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **MARK JOHNSON,** § | |
| Plaintiff, § | |
| v. § | No. 3:17-CV-1680-D |
| **ROD J. ROSENSTEIN,** § | |
| Defendant. § | |

## ORDER

The court has under consideration the March 12, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge. The court has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore ordered that the motion to dismiss filed by defendant Rod J. Rosenstein is granted, and plaintiff's claims are dismissed without prejudice.

**SO ORDERED**.

April 17, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE